MOBLEY, superintendent of banks, *v.* ASKEWS INC. *et al.*

HILL, J. Under the pleadings and conflicting evidence the court did not err in dissolving the temporary restraining order and in denying an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

No. 8169. JULY 20, 1931.

*E. T. Moon, C. N. Davie,* and *J. F. Kemp,* for plaintiff.
*L. L. Meadors* and *Duke Davis,* for defendants.